IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Jessie Wilson, | Case No. 1:19 CV 1494 |
| Petitioner, | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| -vs- | JUDGE JACK ZOUHARY |
| Warden Lyneal Wainwright, | |
| Respondent. | |

Petitioner Jessie Wilson was convicted in state court for possession of heroin and cocaine, and he was sentenced to eight years imprisonment. Wilson seeks a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1). After voluntarily dismissing one unexhausted ground for relief (Docs. 7–10), Wilson has one ground remaining. On March 2, 2022, Magistrate Judge Carmen Henderson issued a Report and Recommendation ("R&R") recommending this Court dismiss the remainder of the Petition (Doc. 13). This Court granted a request for an extension of time until April 18, 2022 for Wilson to file an objection (Doc. 16).

Although this Court reviews *de novo* any portions of an R&R to which a party timely objects under 28 U.S.C. § 636(b)(1), failure to timely object waives district and appellate court review of the R&R. *See Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995); *United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981). The R&R notified Wilson that failure to object would result in waiver (Doc. 13 at 16). *See Walters*, 638 F.2d at 950. Wilson has not objected, and the extended deadline for objections has passed. This Court therefore adopts the R&R (Doc. 13) in its entirety.

The Petition (Doc. 1) is dismissed. There is no basis upon which to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2). Further, an appeal from this Order could not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

                  s/ *Jack Zouhary*
                  JACK ZOUHARY
                  U. S. DISTRICT JUDGE

                  April 27, 2022